# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

JOSHUA DOUGLAS HENDERSON,

     Plaintiff,

v.                                                    Case No. 8:23-cv-1907-JLB-SPF

SHERIFF BOB GUALTIERI, *et al.*,

     Defendants.

_____/

## ORDER

     Before the Court is Defendants' motion to dismiss (Doc. 60). The Court finds that the motion warrants a response. Accordingly, the Plaintiff has thirty (30) days from the date of this Order to respond to the motion. Thereafter, the motion will be taken under advisement and ruled upon without further notice.

     ORDERED in Tampa, Florida, on April 24, 2026.

                           _____
                           SEAN P. FLYNN
                           UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record
Plaintiff, *pro se*